**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

STATE OF OREGON, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*; et al.,

Defendants-Appellants.

No. 25-6268

## CIRCUIT RULE 27-3 CERTIFICATE

The undersigned counsel certifies that the following is the information required by Circuit Rule 27-3:

**(1) Attorneys' contact information**

*Counsel for Defendants-Appellants:*

Sharon Swingle (Sharon.swingle@usdoj.gov)
J. Kain Day (j.kain.day@usdoj.gov)
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 353-2689

*Counsel for Plaintiff-Appellee State of Oregon:*

Alexander Charles Jones (Alex.Jones@doj.Oregon.Gov)
Brian Simmonds Marshall (Brian.S.Marshall@doj.Oregon.Gov)
Derek Olson (Derek.Olson@doj.Oregon.Gov)
Ian Van Loh (Ian.Vanloh@doj.Oregon.Gov)
Rachel K. Sowray (Rachel.Sowray@doj.Oregon.Gov)
Thomas H. Castelli (Thomas.Castelli@doj.State.Or.Us)
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
971-673-1880

*Counsel for Plaintiff-Appellee City of Portland:*

Caroline Turco (Caroline.Turco@portlandoregon.Gov)
Naomi Sheffield (Naomi.Sheffield@portlandoregon.Gov)
Robert L. Taylor (Robert.Taylor@portlandoregon.Gov)
Portland City Attorney's Office
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
503-823-4047

**(2) Existence and nature of the emergency**

The district court has entered an injunction against the President's federalization of 200 members of the Oregon National Guard to protect federal officers in Portland from violent attacks and to protect federal property from further damage. The accompanying motion requires resolution on an emergency timeframe because the district court impermissibly second-guessed the Commander in Chief's military judgments.

The accompanying motion could not have been filed earlier. The district court entered its order on October 4, 2025. The federal government noticed an appeal on October 4, 2025, and filed this motion on October 5, 2025.

**(3) Notice to opposing parties**

Prior to filing this motion, defendants contacted counsel for plaintiffs and informed them of defendants' intent to seek a stay pending appeal. Plaintiffs state that they oppose that motion and intend to file an immediate response. Upon filing this motion, defendants will provide a service copy to plaintiffs' counsel via ECF.

**(4) Relief sought in district court**

Defendants requested that the district court stay any injunction entered pending appeal and at a minimum administratively stay any such order. The district court denied that request.

*/s/ J. Kain Day*
J. KAIN DAY