No. 25-6268

# In the United States Court of Appeals for the Ninth Circuit

STATE OF OREGON, *et al.*,
PLAINTIFFS-APPELLEES,

*v.*

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,
DEFENDANTS-APPELLANTS.

ON APPEAL FROM THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON

**UNOPPOSED MOTION OF AMERICA FIRST LEGAL FOUNDATION FOR LEAVE TO SUBMIT BRIEF *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS' EMERGENCY MOTION TO STAY**

GENE HAMILTON
AMERICA FIRST LEGAL
FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003

R. TRENT MCCOTTER
NICHOLAS A. CORDOVA
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202.706.5488
tmccotter@boydengray.com

Counsel for *Amicus Curiae*

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *Amicus Curiae* states that it has no parent companies, and no publicly-held company has a 10% or greater ownership interest in it.

## MOTION

*Amicus Curiae* America First Legal Foundation moves for leave to file an *amicus* brief in support of Defendants-Appellants' emergency motion for a stay. No party opposes this relief.

In support of this motion, *Amicus* states:

*Amicus* is a nonprofit organization dedicated to promoting the rule of law in the United States and defending individual rights guaranteed under the Constitution and federal statutes. As part of *Amicus*'s commitment to the rule of law, it seeks to ensure that the President is not unlawfully prevented from exercising statutory authority to carry out federal law.

As the attached brief explains, this Court should stay the district court's initial temporary restraining order because it erred by allowing Plaintiffs-Appellees to assert an "*ultra vires*" claim against the President's determination that conditions listed in 10 U.S.C. § 12406 are

1

present, by failing to grant the deference due to the President's determination, and by misapplying the Tenth Amendment, all on a needlessly accelerated timeline with minimal record development. The attached brief also explains that the district court lacked jurisdiction to issue a second temporary restraining order in this case after the notice of appeal that initiated this appeal was filed.

The Court should grant this motion for leave to file. No party opposes this relief.

Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER
NICHOLAS A. CORDOVA
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202.706.5488
tmccotter@boydengray.com

GENE HAMILTON
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003

Counsel for *Amicus Curiae*

2

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this brief was prepared in 14-point Century Schoolbook, a proportionally spaced typeface, using Microsoft Word. Fed. R. App. P. 29(a), 32(g)(1). This motion complies with the type-volume limitation of Rule 27(d) and Ninth Circuit Rule 27-1 because it contains 209 words, excluding the parts exempted under Rule 32(f), and is two pages.

<u>/s/ R. Trent McCotter</u>

## CERTIFICATE OF SERVICE

I hereby certify that on this date, an electronic copy of the foregoing motion was filed with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit using the ACMS filing system and that service will be accomplished using the ACMS system.

<u>/s/ R. Trent McCotter</u>