**No. 25-6268**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

STATE OF OREGON, et al.,

*Plaintiffs-Appellees,*

*v.*

DONALD J. TRUMP, *in his official capacity as President of the
United States*, et al.,

*Defendants-Appellants.*

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*
LOCAL GOVERNMENTS AND LOCAL GOVERNMENT
LEADERS IN SUPPORT OF APPELLEES' OPPOSITION TO
APPELLANTS' EMERGENCY MOTION FOR ADMINISTRATIVE
STAY AND STAY PENDING APPEAL**

JONATHAN MILLER
JENNY MA
ELAINE POON
JEAN LARSEN
**PUBLIC RIGHTS PROJECT**
490 43rd Street
Oakland, CA 94609
Telephone: (510) 738-6788

*Attorneys for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Proposed *amici curiae* certify that they are governmental entities and officials for whom no corporate disclosure is required pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1–1.

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Proposed *amici* local government and local government officials respectfully request leave to file the attached proposed *amici curiae* brief in support of plaintiffs-appellees' opposition to defendants-appellants' emergency motion for administrative stay and stay pending appeal. *See* Dkt. Nos. 11 and 12 (appellants' motion to stay lower court or agency proceedings and emergency motion circuit rule 27-3); *see also* Dkt. No. 13 (appellees' response to motions to stay lower court or agency proceedings).

This proposed brief presents material that is "relevant to the disposition" of appellants' emergency stay motion and that is "desirable" for this Court to consider. *See* Fed. R. App. P. 29(a)(3)(B). *Amici curiae* are 40 local governments and 60 officials from across the nation. Representing millions of Americans, these municipalities differ in size, demographics, and policy priorities, but share an interest in protecting

1

themselves from constitutional harms and upholding the right of their

residents to peacefully protest.

As explained in the proposed brief, the unlawful deployment of the

National Guard threatens the economic and social vibrancy of localities

across the nation. *Amici* are gravely concerned that any protest within

their borders could result in the unnecessary and disruptive deployment

of military force. The deployment of the National Guard with no legal

basis also risks an escalation of violence and property damage. Those

risks are particularly acute where, as here, military troops are deployed

on city streets absent state and local request, consent, or coordination.

This perspective is relevant to the Court's consideration of the

requested stay. See *Golden Gate Restaurant Ass'n v. S.F.*, 512 F.3d 1112,

1126–27 (9th Cir. 2008).

*Amici* have received consent from all of the parties to this case.

Moreover, this Court has granted leave to local governmental *amici*

*curiae* to submit briefs in these circumstances, with consent of the

parties to the appeal. See, e.g., *Newsom, et al. v. Trump*, No. 25-3727,

Dkt. No. 35 (9th Cir. June 20, 2025) (granting local governments and

government leaders leave to file amicus in support of opposition to

2

emergency stay motion); *Am. Fed'n of Gov't Emps., AFL-CIO v. United States Off. of Pers. Mgmt.*, No. 25-1677, 2025 WL 914823, at *1 (9th Cir. Mar. 26, 2025) (granting local governments and officials leave to file amicus brief in support of opposition to emergency stay motion).

For the foregoing reasons, proposed *amici curiae* respectfully request that this Court grant leave for them to submit the concurrently-filed brief.

Dated:  October 7, 2025                      Respectfully submitted,


                                             JENNY MA
                                             JONATHAN MILLER
                                             ELAINE POON
                                             JEAN LARSEN
                                             **PUBLIC RIGHTS PROJECT**
                                             490 43rd Street, #115 Oakland,
                                             CA 94609
                                             Telephone: (510) 738-6788

                                             *Attorneys for Amici Curiae*


3

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form15instructions.pdf](http://www.ca9.uscourts.gov/forms/form15instructions.pdf)

**9th Cir. Case Number(s)** 25-6268

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are <u>NOT</u> Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE LOCAL GOVERNMENTS AND LOCAL GOVERNMENT LEADERS IN SUPPORT OF APPELLEES' OPPOSITION TO APPELLANTS' EMERGENCY MOTION FOR ADMINISTRATIVE STAY AND STAY PENDING APPEAL

**Signature** /s/ Jonathan B. Miller          **Date** October 7, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*