UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF OREGON and CITY OF PORTLAND, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, In his official capacity as President of the United States; et al., <br><br> Defendants - Appellants. | No. 25-6268 <br><br> D.C. No. 3:25-cv-01756-IM <br> District of Oregon, Portland <br><br> ORDER |

Per the unanimous opinion of the court, the Motion for Leave to File an Amicus Brief (Dkt. No. 24) is **GRANTED**.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT