No. 25-6268
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

STATE OF OREGON and the CITY OF PORTLAND,

*Plaintiff-Appellee,*

v.

DONALD J. TRUMP, et al., in their official capacities,

*Defendants-Appellants*
_____

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF THE STATES OF IOWA, MONTANA, OKLAHOMA, SOUTH CAROLINA AND 16 ADDITIONAL STATES AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS' MOTION FOR STAY PENDING APPEAL**
_____

Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

The States of Iowa, Montana, Oklahoma, South Carolina and 16 additional States respectfully move for leave to submit the attached *amicus curiae* brief in support of Defendants-Appellants and their requested emergency stay of the district court's temporary restraining order.[1] Proposed *amici* are States with a vested interest in federalism, the relationship between States and the federal government, and deploying the National Guard. We also each have a vital interest in supporting the President and Congress in enacting and enforcing valid immigration laws. Every State has a responsibility to protect our citizens.

The federalization of States' National Guard units is a matter of profound public importance, as it directly implicates the delicate balance of power between state and federal governments—a true cornerstone of

---

[1] This *amicus curiae* brief was initially submitted under Federal Rule of Appellate Procedure 29 as a brief submitted by a State government. As the Ninth Circuit does not apply that rule to a motion for an emergency stay, the brief is being resubmitted attached to this motion in response to the deficiency notice. *Amici* States thus do not know the position of the parties on this amicus brief.

Federalism. States generally maintain authority over their National Guard units, allowing governors to deploy them for state-specific needs, such as disaster response or public safety. Federalization of state National Guard units without gubernatorial consent may be justified in exceptional circumstances where urgent national interests or constitutional obligations outweigh state authority. The President should have this authority in emergency cases such as insurrections, invasions, or other crises that threaten national security or public safety on a scale beyond state capacity. Also, federalization may be warranted when State actions (or inaction) conflict with federal law or constitutional protections.

The Federal Rules generally suggest a liberal attitude toward accepting *amicus curiae* briefs submitted by the federal government or the States. Most courts "look to the Federal Rules of Appellate Procedure for guidance on permitting amicus briefs." *Friends of Animals v. United States Fish & Wildlife Serv.*, 2021 WL 4440347, at *1 (D. Utah 2021); *see*

*Adams v. City of Chicago*, 1995 WL 491496, at *1 (N.D. Ill. Aug. 11, 1995). The Federal Rules of Appellate Procedure allow a State to file an amicus brief "without the consent of the parties or leave of court." Fed. R. App. P. 29(a)(2). That rule reveals a strong policy preference for allowing States to provide their perspective and represent their interests.

Because of the States's important role in our Constitutional order in our federalist system, the States have a unique perspective "that can help the court beyond the help that the lawyers for the parties are able to provide." *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997). This Court would benefit from following the guidance of the Federal Rules of Appellate Procedure and granting the motion.

## CONCLUSION

For the above reasons, the State of Iowa Montana, Oklahoma, South Carolina and 16 other States request the Court's leave to file an *amicus curiae* brief supporting Defendants.

Dated: October 8, 2025                    Respectfully submitted,

BRENNA BIRD

Attorney General of Iowa

*/s/ Eric H. Wessan*
Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

### ADDITIONAL ATTORNEYS GENERAL IN SUPPORT

Austin Knudsen
Attorney General of Montana

Gentner Drummond
Attorney General of Oklahoma

Alan Wilson
Attorney General of South Carolina

Steve Marshall
Attorney General of Alabama

Tim Griffin
Attorney General of Arkansas

James Uthmeier
Attorney General of Florida

Chris Carr
Attorney General of Georgia

Raúl R. Labrador
Attorney General of Idaho

Theodore E. Rokita
Attorney General of Indiana

Kris Kobach
Attorney General of Kansas

Rusell M. Coleman
Attorney General of Kentucky

Liz Murrill
Attorney General of Louisiana

Lynn Fitch
Attorney General of Mississippi

Catherine Hanaway
Attorney General of Missouri

Michael T. Hilgers
Attorney General of Nebraska

Dave Yost
Attorney General of Ohio

Marty Jackley
Attorney General of South Dakota

Ken Paxton
Attorney General of Texas

John B. McCuskey
Attorney General of West Virginia