### No. 25-6268

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

STATE OF OREGON and the CITY OF PORTLAND,

*Plaintiff-Appellee,*

v.

DONALD J. TRUMP, et al., in their official capacities,

*Defendants-Appellants*

---

## NOTICE TO THE COURT

---

Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

This is a Notice to the Court that an Appearance was filed in error on October 9, 2025 for attorney Eric H. Wessan. See Docket Entry No. 41. Mr. Wessan previously appeared for as counsel for the amici State of Iowa in Docket Entry No. 38.

Dated: October 9, 2025          Respectfully submitted,

**BRENNA BIRD**

Attorney General of Iowa

*/s/ Eric H. Wessan*
Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*