UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF OREGON and CITY OF PORTLAND,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>DONALD J. TRUMP, In his official capacity as President of the United States; et al.,<br><br>　　　　Defendants - Appellants. | No. 25-6268<br><br>D.C. No. 3:25-cv-01756-IM<br>District of Oregon, Portland<br><br>ORDER |

　　Per the unanimous opinion of the court, the Motion for Leave to File an Amicus Brief (Dkt. No. 38) is **GRANTED**.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT