# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-6268

**Case Name** State of Oregon, et al. v. Donald J. Trump, et al.

**Counsel submitting this form** J. Kain Day

**Represented party/parties** Defendants-Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

Over the past several months, agitators in Portland have used violence and threats of violence to thwart enforcement of federal law. In response, the President relied on his authority under 10 U.S.C. § 12406 to federalize and mobilize the Oregon National Guard to perform a protective mission, ensuring the safety of federal personnel and property.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 7     Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

Plaintiffs, the State of Oregon and the City of Portland, filed suit alleging that the defendants violated 10 U.S.C. § 12406, the Posse Comitatus Act, the Administrative Procedure Act (APA), and the Constitution. Plaintiffs sought a temporary restraining order, which the district court granted after full briefing and a hearing. The court concluded that the President's federalization and mobilization order violated Section 12406 and the Tenth Amendment and "enjoined" defendants from "implementing [their] September 28, 2025, Memorandum ordering the federalization and deployment of Oregon National Guard service member to Portland." The district court denied defendants' request to stay the injunction.

Defendants appeal the injunction.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Proceedings before the district court in Oregon v. Trump, No. 3:25-cv-1756 (D. Or.), remain ongoing. The Court has scheduled a telephonic hearing on October 17 to address possible extension of the injunction on appeal, set an expedited briefing schedule on any motion for a preliminary injunction, and set a consolidated injunction hearing and trial on the merits for October 29.

Defendants intend to request a stay of all district court proceedings pending resolution of this appeal.

**Signature** s/ J. Kain Day      **Date** 10/14/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7                                                                                             Rev. 09/01/22

2