

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 353-2689

October 16, 2025

**Via CM/ECF**

Molly C. Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

RE: *State of Oregon, et al. v. Donald J. Trump, et al.*, No. 25-6268

Dear Ms. Dwyer:

Appellants challenge a district court order that enjoins federalization and deployment of the Oregon National Guard in Portland, Oregon, D. Ct. Dkt. 56-1. Upon filing this appeal, appellants sought an immediate administrative stay of that order and a stay pending appeal. The Court granted an administrative stay, and on October 9, a panel heard argument on Appellants' motion for a stay pending appeal.

I write to provide the Court with an update on developments in the district court proceedings. Yesterday, the district court extended the effective period of the temporary restraining order on appeal by 14 days. *See* D. Ct. Dkt. 85 (minute order). That order now expires on October 28. Consistent with this Court's administrative stay, the district court stayed operation of the now-extended order.

The district court also extended its second temporary restraining order enjoining the deployment of all National Guard to Portland, D. Ct. Dkt. 68, by 14 days. That order now expires on October 29. Moreover, the district court has set a briefing schedule on any motion to dissolve the second temporary restraining order. Appellants must file a motion to dissolve within 48 hours of this Court's stay decision, and appellees must respond 24 hours later. D. Ct. Dkt. 85.

Sincerely,

*/s/ J. Kain Day*
J. Kain Day

cc: All counsel (via CM/ECF)