

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 353-2689

October 16, 2025

**Via CM/ECF**

Molly C. Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

      RE:   *State of Oregon, et al. v. Donald J. Trump, et al.*, No. 25-6268

Dear Ms. Dwyer:

      I write to correct my prior letter of October 16, 2025. In that letter, I mistakenly identified the expiration of the temporary restraining order on appeal (D. Ct. Dkt. 56-1) as October 28 and the second temporary restraining order (D. Ct. Dkt. 68) as October 29. Instead, the order on appeal expires on November 1. The second temporary restraining order expires on November 2.

      Sincerely,

      */s/ J. Kain Day*
      J. Kain Day

cc:    All counsel (via CM/ECF)