|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 20 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

STATE OF OREGON and CITY OF PORTLAND,

        Plaintiffs - Appellees,

 v.

DONALD J. TRUMP, In his official capacity as President of the United States; et al.,

        Defendants - Appellants.

No. 25-6268

D.C. No. 3:25-cv-01756-IM
District of Oregon, Portland

ORDER

Before: S. R. THOMAS, Circuit Judge and En Banc Coordinator.

A judge of this Court has *sua sponte* requested a vote on whether this case should be reheard en banc pursuant to General Order 5.4.c.3. The parties are requested to file simultaneous supplemental briefs addressing whether this case should be reheard en banc. The briefs shall be filed on or before midnight, Pacific Time, Wednesday, October 22, 2025, and shall not exceed 14,000 words.