No. 25-6268
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

STATE OF OREGON; CITY OF PORTLAND,

   Plaintiffs-Appellees,

       v.

DONALD J. TRUMP, In his official capacity as President of the United States; et al,

   Defendants-Appellants.
_____

APPELLEES' EXCERPT OF RECORD
_____

Appeal from the United States District Court
for the District of Oregon
_____

| | |
|---|---|
| DENIS M. VANNIER  #044406<br>Senior Deputy City Attorney<br>Office of City Attorney<br> 1221 SW 4th Ave., Ste. 430<br> Portland, Oregon 97204<br> Telephone:  (503) 823-4047<br> denis.vannier@portlandoregon.gov | DAN RAYFIELD  #064790<br>Attorney General<br>BENJAMIN GUTMAN  #160599<br>Interim Deputy Attorney General<br>DUSTIN E. BUEHLER  #152024<br>Special Counsel<br>JONA J. MAUKONEN  # 043540<br>Assistant Attorney-In-Charge<br>Civil Appeals<br>PEENESH SHAH  #112131<br>Assistant Attorney General<br>STACY M. CHAFFIN  #205782<br>Assistant Attorney General<br> 1162 Court St.<br> Salem, Oregon 97301<br> Telephone:  (503) 378-4402<br> stacy.chaffin@doj.oregon.gov |
| Attorney for Appellee<br>City of Portland | Attorneys for Appellee<br>State of Oregon |

_____

## APPELLEES' EXCERPT OF RECORD

Pursuant to Circuit Rule 30-1.7, appellee submits the following Appellees' Excerpt of Record, as indexed below.

### INDEX

### VOLUME 1 OF 1

| Clerk's Docket # | Document | ER # |
|---|---|---|
| 46-29 | Table Summarizing Protest Activity | 3 |

(3 of 4), Page 3 of 4    Case: 25-6268, 10/22/2025, DktEntry: 71.1, Page 3 of 4
Case 3:25-cv-01756-IM    Document 46-29    Filed 10/02/25    Page 2 of 2

ER - 3

| Ex. | Date | Summary |
|---|---|---|
| 1 | 9/1/2025 | Approx. 125 people.<br>No shields or direct-action equipment.<br>Protesters had little to no energy.<br>Not concerned about group.<br>PPB to remain out of sight unless vandalism or life-safety issues.<br>10:20 FPS deployed gas to get vehicles moved. |
| 2 | 9/2/2025 | Uneventful.<br>Approx. 20 people.<br>No calls. |
| 2-3 | 9/3/2025 | Unknown subject flying drone in front of windows, violating the TFR.<br>Agents found subject who was arrested. |
| 2 | 9/4/2025 | Approx. 15-20 people.<br>No calls. |
| 4 | 9/5/2025 | Approx. 8 people.<br>Very low energy.<br>No calls. |
| 5 | 9/6/2025 | Approx. 50 people.<br>Very active at gateway.<br>Energized. Waiving sticks. |
| 6 | 9/7/2025 | Approx. 7 people.<br>Low to no energy.<br>No issues.<br>No calls. |
| 7 | 9/8/2025 | Approx. 30 people.<br>Low to no energy.<br>No disturbances. |
| 8 | 9/9/2025 | Approx. 20-25 people.<br>No calls. |
| 9 | 9/10/2025 | Approx. 15 people.<br>No calls. |
| 10 | 9/11/2025 | Approx. 20 people.<br>Small group of counter protesters.<br>No calls. |
| 11 | 9/12/2025 | Approx. 10 people.<br>No calls. |
| 12 | 9/13/2025 | Approx. 40-50 people.<br>3 calls. (Counter protesters) |
| 13 | 9/14/2025 | 1 arrest.<br>No calls. |
| 14 | 9/15/2025 | Approx. 12 people.<br>No activity. |
| 15 | 9/16/2025 | Approx. 50 people.<br>2 calls.<br>Blocking streets for dancing.<br>Pinata party.<br>More energy, intel about proud boys to come and engage the group, possibly leading to the bolsterted numbers.<br>No confrontation. |
| 16 | 9/17/2025 | Approx. 30 people.<br>No calls. |
| 17 | 9/18/2025 | Approx. 150 people; later 50-60.<br>No issues.<br>No calls. |
| 18-19 | 9/19/2025 | Counter protesters.<br>Call about protesters and counter protesters altercation.<br>Feds deployed munitions to break up the crowd.<br>No arrests. |
| 20-21 | 9/20/2025 | Approx. 50 people.<br>Disturbance between protesters and 1 counter protester.<br>No other activity. |
| 22 | 9/22/2025 | Approx. 7-10 people.<br>No calls. |
| 23 | 9/23/2025 | Few people.<br>No activity. |
| 24 | 9/24/2025 | Approx. 10 people.<br>No calls. |
| 25 | 9/25/2025 | Approx. 20 people.<br>No calls. |
| 26 | 9/26/2025 | Approx. 15 people.<br>Energy low, minimal activity.<br>No incidents. |
| 27-28 | 9/27/2025 | Approx. 60 people.<br>Low to no activity.<br>Feds arrested 1.<br>AIR monitoring size and demeanor of crowd.<br>Unknown large helicopter flying around.<br>Feds called for assistance with getting vehicles out of facility; PPB did not have the resources. |
| ECF 12-Ex. B | 9/28/2025 | Approx. 200 people; March and Rally at ICE. Later down to 50.<br>Following Trump announcement of federal forces.<br>Vehicle attempted to drive into crowd but was surrounded.<br>2 arrests for assault.<br>No criminal activity directed towards ICE facility of Feds.<br>Couple of confrontations as Feds came out to facilitate vehicles to or from facility. |
| ECF 33 - Ex. E | 9/29/2025 | Approx. 40 people.<br>No issues.<br>No energy.<br>Feds out to facilitate vehicles in and out. Group yelled at them.<br>One force use observed against individual who refused to move out of the driveway. |
| ECF 33 - Ex. G | 9/30/2025 | Approx. 50 people.<br>Uneventful.<br>No issues.<br>No UOF or arrests. |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I directed the Appellees' Excerpt of Record to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Stacy M. Chaffin
STACY M. CHAFFIN #205782
Assistant Attorney General
stacy.chaffin@doj.oregon.gov

Attorney for Plaintiff-Appellee
State of Oregon

SC3:kw5/1002547964