**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF OREGON and CITY OF PORTLAND, | No. 25-6268 |
| Plaintiffs - Appellees, | D.C. No. 3:25-cv-01756-IM District of Oregon, Portland |
| v. | ORDER |
| DONALD J. TRUMP, In his official capacity as President of the United States; et al., | |
| Defendants - Appellants, | |
| ---------------------------------------- | |
| STATE OF CALIFORNIA and STATE OF CALIFORNIA, | |
| Intervenors - Pending. | |

Before: GRABER, R. NELSON, and BADE, Circuit Judges.

Per the unanimous opinion of the court, the State of California's motion to intervene (Dkt. 72) is **DENIED.** The State of California's alternative request to construe the motion as an amicus brief filed in support of en banc review, is **GRANTED.**