

DAN RAYFIELD  
Attorney General

BENJAMIN GUTMAN  
Interim Deputy Attorney General

# DEPARTMENT OF JUSTICE
APPELLATE DIVISION

October 23, 2025

**VIA E-FILING THROUGH CM/ECF ONLY**

Molly C. Dwyer  
Clerk of the Court  
The James Browning Courthouse  
95 7th Street  
San Francisco, CA 94103  
(By electronic filing)

      **RE:**   State of Oregon v. Trump, No. 25-6268  
             Plaintiffs' Letter Under Federal Rule of Appellate Procedure 28(j)

Dear Ms. Dwyer:

      Plaintiffs write to alert the Court of a material factual error by defendants on which the panel relied to grant a stay pending appeal. Given that reliance, and the gravity of the interests at stake, plaintiffs ask that the panel immediately withdraw its order or, in the alternative, that the en banc court immediately vacate it.

      The panel majority held that defendants were likely to prevail under 10 U.S.C. § 12406(3) because the record showed a colorable inability to execute federal law. (Order 23-31). Central to that determination was the majority's acceptance of defendants' averments that protests had forced the redeployment of 115 Federal Protection Service officers, "nearly 25% of FPS officers nationwide," to Portland. (*Id.* at 27-31). The dissent noted that defendants' declaration on the actual extent of the deployment was "carefully worded" to the point of "vague." (Dissent 16-21). But defendants' counsel emphasized at oral argument the "magnitude" and "unsustainab[ility]" of having 115 FPS offices redeployed; then, when asked directly whether all 115 officers remained in Portland, counsel stated only that "some" had gone home but "many" remained. (Oral arg., 10/9/2025, at 9:48-9:58, 11:04-12:09).

Clerk of the Court
October 23, 2025
Page 2

However, in discovery produced last night, defendants admitted that 115 FPS officers have *never* been redeployed to Portland. Only a *fraction* of that number was ever in Portland at any given time before the President's directive:

    6/16/2025 - 7/15/2025:   27
    7/15/2025 - 8/12/2025:   31
    8/12/2025 - 9/10/2025:   29
    9/10/2025 - 10/5/2025:   20

(Dkt. 108-1 at 4-5).[1]

Critically, armed with the Court's stay order, defendants have now moved to dissolve the second TRO in this case, and the district court has scheduled a hearing on that motion for October 24, 2025, at 10:00 a.m. This Court must act swiftly to prevent defendants from attempting to benefit from their own material mistake to deploy military forces to peaceful civilian streets, contravening the rule of law and our nation's history and traditions. The panel majority's stay order should be withdrawn or vacated immediately.

Respectfully submitted,

DAN RAYFIELD #064790
Attorney General
BENJAMIN GUTMAN #160599
Interim Deputy Attorney General

/s/ Denis M. Vannier
_____
DENIS M. VANNIER #044406
Senior Deputy City Attorney
denis.vannier@portlandoregon.gov

/s/ Stacy M. Chaffin
_____
STACY M. CHAFFIN #205782
Assistant Attorney General
stacy.chaffin@doj.oregon.gov
DUSTIN E. BUEHLER #152024
Special Counsel
JONA J. MAUKONEN #043540
Assistant Attorney-In-Charge
Civil Appeals
PEENESH SHAH #112131
Assistant Attorney General

Attorney for Appellee
City of Portland

Attorneys for Appellee
State of Oregon

SC3:kw5/1002573388

---

[1] The interrogatory response appears to have a typo on the time periods for FPS "waves" 2 and 3, which plaintiffs have endeavored to correct.

1162 Court St NE, Salem, OR 97301-4096 Telephone: (503) 378-4402 Fax: (503) 378-6306 TTY: (800) 735-2900