

### ← Truth Details
7797 replies

**Donald J. Trump** 🌸 ➕
@realDonaldTrump

At the request of Secretary of Homeland Security, Kristi Noem, I am directing Secretary of War, Pete Hegseth, to provide all necessary Troops to protect War ravaged Portland, and any of our ICE Facilities under siege from attack by Antifa, and other domestic terrorists. I am also authorizing Full Force, if necessary. Thank you for your attention to this matter!

**17.2k** ReTruths  **71.7k** Likes                    Sep 27, 2025, 7:19 AM

cited in Oregon v. Trump
No. 25-6268 archived October 21, 2025

cited in Oregon v. Trump
No. 25-6268 archived October 21, 2025

**ⓘ Notice**

Due to the temporary shutdown of the federal government beginning October 1, 2025, all Library of Congress buildings are closed and all public events are canceled until further notice. **More**. 



**LIBRARY** LIBRARY OF CONGRESS

« June                                                                                           ◄ Share

# Today in History - June 18

<    **June 18**    >

Select date    | June 18    📅 |   **Go**

Today's Stories:   **The War of 1812**  |  **I Want You**

## The War of 1812



On **June 18**, 1812, President James Madison was authorized by a declaration of war against Great Britain to use military forces which marked the beginning of the War of 1812. Frustrated by Britain's maritime practices and support of Native American resistance to western expansion, the U.S. entered the war with ambitious plans to conquer Canada, a goal that was never realized.



The Fall of Washington—or Maddy in Full Flight. Engraving, London: S. W. Fores, 1814.
Cartoon Prints, British. Prints & Photographs Division

The strength of the British army proved too great for U.S. forces. Both on land and at sea, U.S. troops suffered great losses. In August 1814, British troops entered Washington, D.C., and burned the Capitol and the White House. By December, both the Americans and the British recognized that it was time to end the conflict. Representatives of the two nations met in Belgium and signed the Treaty of Ghent on December 24, 1814, which ended the war and restored previously recognized boundaries between the United States and British territory in North America. The Senate unanimously ratified the Treaty of Ghent on February 16, 1815.



Peace. John Rubens Smith, artist, ca. 1814(?). John Rubens Smith Collection. Drawings (Documentary). Prints & Photographs Division

Hiram Cronk, who was thought to have been the last surviving veteran of the War of 1812, died in 1905 at the age of 105. This film shows his funeral procession through Brooklyn, New York, which included a hearse drawn by four black horses, escorted by veterans of the Civil War:

(6 of 21), Page 6 of 21        Case: 25-6268, 10/24/2025, DktEntry: 86.2, Page 6 of 21

## Funeral of Hiram Cronk



digital viewing copy

*Funeral of Hiram Cronk*. G.W, Bitzer, camera; United States: American Mutoscope and Biograph Company, 1905. The Life of a City: Early Films of New York, 1898 to 1906. Motion Picture, Broadcasting & Recorded Sound Division

No. 25-6268, archived October 21, 2025
cited in Oregon v. Trump

## Learn More

- View War of 1812: A Resource Guide to access digital materials related to the War of 1812, including manuscripts, broadsides, pictures, and government documents.

- The Treaty of Ghent: Primary Documents in American History links to the text of the treaty and related digital collections.

- Search across the collections of Photos & Prints on *War of 1812* to find images of some of the battles of this conflict. For example, a drawing by George Munger, circa 1814, depicts the U.S. Capitol after its burning by the British.

- Search on *war* in the James Madison Papers, 1723 to 1859 to see letters and other documents related to the War of 1812.

- Search the Andrew Jackson Papers to find manuscripts from Jackson's service in the War of 1812. Highlights include Jackson's account of the Battle of New Orleans and a letter from President James Monroe congratulating Jackson on his victory at the Battle of New Orleans.

- Search A Century of Lawmaking for a New Nation: U.S. Congressional Documents and Debates, 1774-1875, to find congressional material related to the War of 1812, including debates, laws, journals, documents, and reports.

- Volume 15 and Volume 16 of the series *Collections and Researches Made by the Michigan Pioneer and Historical Society* can be found in the digital collection Pioneering the Upper Midwest: Books from Michigan, Minnesota, and Wisconsin, ca. 1820 to 1910. These two volumes contain correspondence between British officers regarding strategy, Native American affairs, and treaties during the war. These volumes also include some diplomatic correspondence between the British and the Americans.

# I Want You

James Montgomery Flagg, creator of this illustration of Uncle Sam, was born on **June 18**, 1877, in Pelham Manor, New York. Flagg claimed that his illustration, an indelible American icon, had become the most famous poster in the world. Dressed in his own Uncle Sam suit, he used himself as the model for this poster and his other Uncle Sam illustrations.

cited in Oregon v. Trump
No. 25-6268 archived October 21, 2025



I Want You for the U.S. Army. Painting by James Montgomery Flagg, artist; poster, 1941.
Posters: Artists Posters. Prints & Photographs Division.

An illustrator and portrait artist best known for his commercial art, Flagg contributed forty-six works in support of the war effort during World War I. *Leslie's Weekly* first published his picture of Uncle Sam as the cover of the July 6, 1916, issue with the title "What Are You Doing for Preparedness?" More than four million copies were printed between 1917 and 1918. The image also was used extensively during World War II.

In 1961, Congress passed a resolution that officially recognized meat packer Samuel Wilson (1766-1854) as Uncle Sam's namesake. Wilson, who supplied meat to the army during the War of 1812, is reputed to have been a man of great fairness, reliability, and honesty who was

devoted to his country.



Be a U.S. Marine! James Montgomery Flagg, artist; poster, ca. 1918. Posters: World War I Posters. Prints & Photographs Division



Flagg, Montgomery, Mr., portrait photograph [James Montgomery Flagg]. Arnold Genthe, photographer, Sept. 28, 1915. Genthe Collection. Prints & Photographs Division



Wake Up America! Civilization Calls Every Man, Woman and Child! Poster, James Montgomery Flagg, artist; N.Y.: The Hegeman Print, 1917. Posters: World War I Posters. Prints & Photographs Division

## Learn More

- Flagg's *I Want You for the U.S. Army* is one of several pieces produced during World War I

you can view online in the Memory section of American Treasures of the Library of Congress.

- See the online exhibition, World War I: American Artists View the Great War, for more than fifty images created by artists about World War I.

- The online exhibition, Echoes of the Great War: American Experiences of World War I, uses images and texts to examine the upheaval of world war as Americans confronted it —both at home and abroad.

- Search across the Library's website on Uncle Sam to find other images and references to this iconic figure in collections and online exhibitions.

- Search the collections of photos, prints and drawings for images related to Flagg, including more than fifty of his drawings, portraits of Flagg and his family members, and parodies of Flagg's famous "I Want You" poster. Learn more about Flagg through newspaper articles found in Chronicling America: Historic American Newspapers. Start with James Montgomery Flagg: Topics in Chronicling America for search tips and selected articles.

- For more images and information about Uncle Sam and his British counterpart, John Bull, see the online exhibition John Bull & Uncle Sam: Four Centuries of British-American Relations. Most of the Uncle Sam and John Bull images in this exhibition are in the exhibit's introduction.

cited in Oregon v. Trump
No. 25-6268 archived October 21, 2025

‹   **June 18**   ›

Select date   | June 18 | 📅 | **Go**



**❶ Notice**
Due to the temporary shutdown of the federal government beginning October 1, 2025, all Library of Congress buildings are closed and all public events are canceled until further notice. **More**.    ✕

# LIBRARY
## LIBRARY OF CONGRESS

⤴ Share

PERIODICAL

# Image 793 of U.S. Statutes at Large, Volume 2 (1799-1813), 6th through 12th Congress. U.S. Statutes at Large, Volume 2 (1799-1813), 6th through 12th Congress.

« About this Item



| Image | Image w/Text | Image | 793 of 870 ∨ | Pages | ‹ | › | View | Single image ∨ | Go |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |





Download   XML ( 92.6 KB ⌄)   **Go**

## About this Item

**Title**

U.S. Statutes at Large, Volume 2 (1799-1813), 6th through 12th Congress.

**Other Title**

Official Title: The Public Statutes at Large of the United States of America, from the Organization of the Government in 1789, to March 3, 1845, Arranged in Chronological Order. With References to the Matter of Each Act and to the Subsequent Acts on the Same Subject, and Copious Notes of the Decisions of the Courts of the United States Construing Those Acts, and Upon the Subjects of the Laws. Vol. II

**Names**

U.S. Congress

**Created / Published**

United States, 1799 - 1813

**Headings**

- Law
- Law Library
- United States
- Congress
- Statutes at large
- Bills and legislation
- Periodical

cited in Oregon v. Trump
No. 25-6268, archived October 21, 2025

**Genre**

Periodical

**Source Collection**

U.S. Statutes at Large

**Repository**

Law Library Of Congress

**Online Format**

image

pdf

online text

**IIIF Presentation Manifest**

Manifest (JSON/LD)

**Part of**

United States Statutes at Large (82)

Law Library of Congress (491,683)

**Format**

Periodical

**Contributor**

U.S. Congress

**Dates**

1799 to 1813

**Language**

English

**Subject**

Bills and Legislation

Congress

Law

Law Library

Periodical
Statutes at Large
United States

**Featured in**

Volumes 1-5 (1789 to 1845) | Articles and Essays | United States Statutes at Large | Digital Collections

United States Statutes at Large

Today in History - June 18

Another Brief Obsession

Key West Slave Ship Seizures and the Slave Trade in 19th Century Florida

## ⊞ Rights & Access

## ⊞ Cite This Item

cited in Oregon v. Trump
No. 25-6268 archived October 21, 2025

## More items like this



PERIODICAL
**U.S. Statutes at Large, Volume 51, Session 2 (1937), 75th Congress.**



PERIODICAL
**U.S. Statutes at Large, Volume 52, 75th Congress, Session 3**



PERIODICAL
**U.S. Statutes at Large, Volume 53, 76th**

Official Title: United States Statutes at Large Containing the Laws and Concurrent Resolutions Enacted During the Second Session of the Seventy-Fifth Congress of the United States of America 1937 and Treaties, International Agreements Other Than Treaties, and Proclamations. Volume 51

**(1938).**
Official Title: United States Statutes at Large Containing the Laws and Concurrent Resolutions Enacted During the Third Session of the Seventy-Fifth Congress of the United States of America 1938 and Treaties, International Agreements Other Than Treaties, and Proclamations. Volume 52

**Congress, Session 1 (1939).**
Official Title: United States Statutes at Large Containing the Laws and Concurrent Resolutions Enacted During the First Session of the Seventy-Sixth Congress of the United States of America 1939 and Treaties, International Agreements Other Than Treaties, and Proclamations. Volume 53



**PERIODICAL**
**U.S. Statutes at Large, Volume 54 (1939-1941), 76th Congress, Sessions 2 and 3.**
Official Title: United States Statutes at Large Containing the Laws and Concurrent Resolutions Enacted During the Second and Third Sessions of the Seventy-Sixth Congress of the United States of America 1939-1941 and Treaties, International Agreements Other Than Treaties, Proclamations, and Reorganization Plans. Volume 54

**PERIODICAL**
**U.S. Statutes at Large, Volume 55 (1941-1942), 77th Congress, Session 1.**
Official Title: United States Statutes at Large Containing the Laws and Concurrent Resolutions Enacted During the First Session of the Seventy-Seventh Congress of the United States of America 1941-1942 and Treaties, International Agreements Other Than Treaties, and Proclamations. Volume 55

cited in Oregon v. Trump No. 25-6268 archived October 21, 2025

# You might also like



**PHOTO, PRINT, DRAWING**

**U.S. Congress legislative status steps**

1 photomechanical print (diagram) : offset ; 77.5 x 42 cm (sheet, unfolded) | Print shows a diagram that delineates "the many paths that a bill may take from the time it...



**WEB PAGE**

**The United States at a Glance** 🗗

Explore the United States and territories of the greater U.S. in this interactive map and timeline that depicts the legislative history of the country.



**PHOTO, PRINT, DRAWING**

**[The administrative office of the Law Division in the Library of Congress]**

1 photographic print.



**PHOTO, PRINT, DRAWING**

**[The Administrative Office of the Law Division in the Library of Congress]**

1 photographic print.



**PHOTO, PRINT, DRAWING**

**[University of Michigan Law Library, Ann Arbor, Michigan. Architectural models]**

1 photograph : contact sheet ; sheet 21 x 26 cm.

cited in Oregon v. Trump No. 25-6268 archived October 21, 2025

# The American Presidency Project ([https://www.presidency.ucsb.edu/](https://www.presidency.ucsb.edu/))



## JOHN ADAMS (/PEOPLE/PRESIDENT/JOHN-ADAMS)

## Proclamation 9—Law and Order in the Counties of Northampton, Montgomery, and Bucks, in the State of Pennsylvania

March 12, 1799

*cited in Oregon v. Trump*
*No. 25-6268 archived October 21, 2025*

*By the President of the United States of America*

**A Proclamation**

Whereas combinations to defeat the execution of the laws for the valuation of lands and dwelling houses within the United States have existed in the counties of Northampton, Montgomery, and Bucks, in the State of Pennsylvania, and have proceeded in a manner subversive of the just authority of the Government, by misrepresentations, to render the laws odious, by deterring the public officers of the United States to forbear the execution of their functions, and by openly threatening their lives; and

Whereas the endeavors of the well-affected citizens, as well as of the executive officers, to conciliate a compliance with those laws have failed of success, and certain persons in the county of Northampton aforesaid have been hardy enough to perpetrate certain acts which I am advised amount to treason, being overt acts of levying war against the United

States, the said persons, exceeding one hundred in number and armed and arrayed in a warlike manner, having, on the 7th day of this present month of March, proceeded to the house of Abraham Lovering, in the town of Bethlehem, and there compelled William Nichols, marshal of the United States in and for the district of Pennsylvania, to desist from the execution of certain legal process in his hands to be executed, and having compelled him to discharge and set at liberty certain persons whom he had arrested by virtue of criminal process duly issued for offenses against the United States, and having impeded and prevented the commissioner and the assessors, appointed in conformity with the laws aforesaid, in the county of Northampton aforesaid, by threats and personal injury, from executing the said laws, avowing as the motives of these illegal and treasonable proceedings an intention to prevent by force of arms the execution of the said laws and to withstand by open violence the lawful authority of the Government of the United States; and

Whereas by the Constitution and laws of the United States I am authorized, whenever the laws of the United States shall be opposed or the execution thereof obstructed in any State by combinations too power to be suppressed by the ordinary course of judicial proceedings or by the powers vested in the marshals, to call forth military force to suppress such combinations and to cause the laws to be duly executed; and

Whereas it is in my judgment necessary to call forth military force in order to suppress the combinations aforesaid and to cause the laws aforesaid to be duly executed, and I have accordingly determined so to do, under the solemn conviction that the essential interests of the United States demand it:

Wherefore I, John Adams, President of the United States, do hereby command all persons being insurgents as aforesaid, and all others whom it may concern, on or before Monday next, being the 18th day of this present month, to disperse and retire peaceably to their respective abodes; and I do moreover warn all persons whomsoever against aiding, abetting, or comforting the perpetrators of the aforesaid treasonable acts; and I do require all officers and others, good and faithful citizens, according to their respective duties and the laws of the land, to exert their utmost endeavors to prevent and suppress such dangerous and

unlawful proceedings.

In testimony whereof I have caused the seal of the United States of America to be affixed to these presents, and signed the same with my hand.

Done at the city of Philadelphia, the 12th day of March, A. D. 1799, and of the Independence of the said United States of America the twenty-third.

JOHN ADAMS.

By the President:

TIMOTHY PICKERING,

*Secretary of State.*

---

John Adams, Proclamation 9—Law and Order in the Counties of Northampton, Montgomery, and Bucks, in the State of Pennsylvania Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/202751