**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF OREGON; CITY OF PORTLAND,<br><br>　　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>DONALD J. TRUMP, In his official capacity as President of the United States; PETER HEGSETH, In his official capacity as Secretary of Defense; UNITED STATES DEPARTMENT OF DEFENSE; KRISTI NOEM, In her official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Defendants - Appellants,<br><br>---------------------------------------<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Intervenor - Pending. | No. 25-6268<br><br>D.C. No. 3:25-cv-01756-IM<br>District of Oregon, Portland<br><br>ORDER |

Before:  Sidney R. Thomas, Senior Circuit Judge and En Banc Coordinator.

Without objection from the panel, the court's October 20, 2025, order granting a stay pending appeal (Dkt. 61) is administratively stayed until 5:00 pm on October 28, 2025, to allow the completion of the pending en banc

proceedings.  This administrative order expresses no views on the merits of this

matter and is not a reconsideration of the earlier stay order.