No. 25-6268

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STATE OF OREGON, et al.,
*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Oregon

**MOTION TO DISMISS APPEAL**

Defendants-Appellants respectfully request that the Court dismiss this appeal from the district court's order granting a putative temporary restraining order barring the federalization and mobilization of the Oregon National Guard until October 18, 2025, which was subsequently extended to November 1, 2025. *See* Dist. Ct. Dkt. Nos. 56, 85. That injunctive order expired by its terms on November 1, 2025. Following expiration of the temporary restraining order, the district court issued a new preliminary injunction. Dist. Ct. Dkt. No. 134. This appeal from the temporary restraining order is thus now moot. Defendants-Appellants accordingly move to dismiss the appeal, and respectfully request that the parties be ordered to bear their own fees and costs. Plaintiffs-Appellees state that they oppose this motion and intend to file a response.

Respectfully submitted,

BRETT A. SHUMATE
   *Assistant Attorney General*

ERIC D. MCARTHUR
   *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
J. KAIN DAY

*/s/ Andrew M. Bernie*
ANDREW M. BERNIE
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7517*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 353-7203*
   *andrew.bernie@usdoj.gov*

November 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 126 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

*/s/ Andrew M. Bernie*
ANDREW M. BERNIE