

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 353-7203

December 3, 2025

**Via CM/ECF**

Molly C. Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

> RE:  *State of Oregon, et al. v. Donald J. Trump, et al.*, Nos. 25-6268, 25-7194: December 3 Status Report

Dear Ms. Dwyer:

Pursuant to the Court's November 19 order directing defendants-appellants to file weekly status reports on "the current status of any federalized Oregon National Guard, including updates on the defederalization of any troops," defendants-appellants file this status report. We are informed by the Department of War that, as of December 2, 2025, approximately 101 members of the federalized Oregon National Guard remain in Oregon and one member of the federalized Oregon National Guard is pending demobilization, but is currently on emergency leave.

Sincerely,

*/s/ J. Kain Day*
J. Kain Day

cc:    All counsel (via CM/ECF)