IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF OREGON, et al., *Plaintiffs-Appellees*, v. DONALD J. TRUMP, in his official capacity as President of the United States, et al., *Defendants-Appellants*. | Nos. 25-6268, 25-7194 |

### DEFENDANTS-APPELLANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), defendants move to dismiss the above-captioned appeals, with each party to bear its own costs. Plaintiffs state that they will file a written response to this motion.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy* Assistant *Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
J. KAIN DAY

<u>/s/ Andrew M. Bernie</u>
ANDREW M. BERNIE
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-3511*
  *andrew.bernie@usdoj.gov*

January 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 35 words, according to the count of Microsoft Word.

/s/ *Andrew M. Bernie*
Andrew M. Bernie